UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

ANTHONY N. POTENZA,                              **NOTICE OF REMOVAL**

               Plaintiff,

                                                Civil Action No.

v.                                                      _____

DANIEL GONZALES,
               Defendant.
_____

**PLEASE TAKE NOTICE THAT:**

    1.    Defendant Daniel Gonzalez ("Gonzalez"), incorrectly named as "Gonzales," hereby removes the above-captioned action to the United States District Court for the Northern District of New York. The bases for Federal Jurisdiction are 28 U.S.C. §§ 1331 and 1441(a) and (b);

    2.    Gonzalez was served on February 2, 2007 with a Summons with Notice, attached hereto as Exhibit A, filed in New York State Supreme Court, County of Tompkins on January 16, 2007 and assigned Index No. 07-0053. Cornell served a Demand for Complaint on February 21, 2007, attached hereto as Exhibit B, by regular mail on February 21, 2007. No other process, pleadings or court orders have been filed or served in this action to date.

    3.    Plaintiff's Summons with Notice alleges "damages for violation of 42 U.S.C. 1983 and 42 U.S.C. 1988" as the sole basis for his claim against Gonzalez. Because plaintiff's claims are explicitly and unequivocally based solely on 42 U.S.C. §§ 1983 and 1988, they must be construed as arising under the laws of the United States and hence the action is removable to this Court under 28 U.S.C. § 1441(b).

    4.    Defendant shall promptly file a copy of this Notice with the Clerk of the New York State Supreme Court, County of Tompkins.

**WHEREFORE,** defendant Daniel Gonzalez requests that this action proceed in this Court as an action properly removed thereto.

Dated: March 1, 2007

_____
NELSON E. ROTH (102486)
VALERIE L. CROSS (505158)
WENDY E. TARLOW (507736)
NORMA W. SCHWAB (512215)
  Attorneys for Defendant
Office and Post Office Address
300 CCC Building, Garden Avenue
Cornell University
Ithaca, New York 14853
(607) 255-5124

To:  Richard M. Wallace, Esq.
     Guttman & Wallace
     Attorney for Plaintiff
     411 N. Tioga Street
     Ithaca, NY 14850

     Edward E. Kopko, Esq.
     Wiggins, Kopko & Crane
     Attorney for Plaintiff
     308 North Tioga Street
     P.O. Box 399
     Ithaca, New York 14851-0399

# EXHIBIT A

STATE OF NEW YORK
SUPREME COURT : COUNTY OF TOMPKINS

RECEIVED/FILED
...Y CLERK
2007 JAN 16 PM 3: 39

---------------------------------------------------x
ANTHONY N. POTENZA,

                      Plaintiff

-against-

DANIEL GONZALES,

                      Defendant.
---------------------------------------------------x

**SUMMONS WITH NOTICE**
Index No. 07-0053
RJI No.

To the above-named Defendants:

    You are hereby summoned to appear in this action by serving a notice of appearance on plaintiff's attorney within twenty days after the service of this summons, exclusive of the day of service, or within thirty days after service is complete if this summons is not personally delivered to you within the State of New York.

    Take notice that the nature of this action and the relief sought is to recover damages for violation of 42 USC 1983 and 42 USC 1988, and that in case of your failure to appear judgment will be taken against you by default for a sum exceeding the jurisdiction of all lower courts, with interest from the 16th day of January, 2007, plus the costs and disbursements of this action.

    The basis of the venue designated is the residence of the plaintiff.

Dated: January 16, 2007.

WIGGINS, KOPKO & CRANE
Edward E. Kopko, of Counsel
308 N. Tioga Street
P.O. Box 399
Ithaca, New York 14851-0399
(607) 272-0479

GUTTMAN & WALLACE
Richard M. Wallace, of Counsel
411 N. Tioga Street
Ithaca, New York 14850
(607) 272-2102

# EXHIBIT B

STATE OF NEW YORK
SUPREME COURT : TOMPKINS COUNTY

---

ANTHONY N. POTENZA,

                              Plaintiff,

    v.

DANIEL GONZALES,

                             Defendant.

**DEMAND FOR COMPLAINT**

Index No. 07-0053

RJI No. _____

---

       PLEASE TAKE NOTICE THAT, pursuant to New York Civil Practice Law and Rules § 3012(b), the defendant Daniel Gonzalez (incorrectly named herein as Daniel Gonzales) hereby demands that a copy of the complaint in this action be served upon the undersigned at the office and post office address stated below.

Dated: Ithaca, New York
         February 21, 2007

                                               _____
                                               NELSON E. ROTH
                                               VALERIE L. CROSS
                                               WENDY E. TARLOW
                                               Attorneys for Defendant Daniel Gonzalez
                                               Office and Post Office Address
                                               Cornell University
                                               300 CCC Bldg., Garden Avenue
                                               Ithaca, New York 14853
                                               (607)255-5124

To:    Edward E. Kopko, Esq.
         Wiggins, Kopko & Crane
         Attorney for Plaintiff
         308 North Tioga Street
         P.O. Box 399
         Ithaca, New York 14851-0399

         Richard M. Wallace, Esq.
         Guttman & Wallace
         411 North Tioga Street
         Ithaca, New York 14850

## CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of defendant Daniel Gonzalez's Notice of Removal have been served by mailing same U.S. mail postage prepaid on this 1st day of March, 2007, to the following:

Richard M. Wallace, Esq.
Guttman & Wallace
411 N. Tioga Street
Ithaca, NY 14850

Edward E. Kopko, Esq.
Wiggins, Kopko & Crane
308 North Tioga Street
P.O. Box 399
Ithaca, New York 14851-0399

_____
Nelson E. Roth
Bar Roll No. 102486